# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | Andrea Jean Munn |
| **Case Number:** | 08-10110-JKC-13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, AUGUST 18, 2009 10:30 AM   IP 325 |
| **Bankruptcy Judge:** | JAMES K. COACHYS |
| **Courtroom Clerk:** | RITA KREBS |
| **Reporter / ECR:** | LAURA TREPES |

### Matter:

Reset Hearing on Motion to Dismiss Case filed by the Ch. 13 Trustee AND Debtor's Objection filed thereto  [35, 42]

**R / M #:**   35 / 0

### Appearances:

STACY WISSEL, ATTORNEY FOR ROBERT A BROTHERS, TRUSTEE
RICHARD P. BATESKY, ATTORNEY FOR ANDREA JEAN MUNN

### Proceedings:

DISPOSITION:  Hearing Held.  Motion to dismiss denied conditioned that the debtor be current within 60 days.  Failure to comply will result in Trustee's Motion to Dismiss being granted.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**